

**Comal County**
OFFICE OF DISTRICT CLERK
**Heather N. Kellar**

Received via e-mail 10/6/15

October 5, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

**RE:**    Court of Appeals Number: 03-15-00581-CR
Trial Court Case Number: C2015-1149X

**Styled:** EX PARTE SAUL DE PAZ

Dear Clerk:

The Court filed its supplemental findings today for C2015-1149X which was originally due to the 3rd Court of Appeals on November 2, 2015 and then the due date moved up to September 25, 2015. I have been advised by Joshua Presley of the Comal County District Attorney's office that typically the other side has 10 days to file objections/etc. Not knowing if they will or not, I will wait 10 days and send the record after the close of business on October 15th (or the next morning on October 16th) unless you advise me to do otherwise. Should you need anything further please let me know.

**Heather N. Kellar**
Comal County District Clerk
150 N. Seguin Ave., STE 304
New Braunfels, TX 78130
Ph: 830-221-1251
Fx: 830-608-2006
kellah@co.comal.tx.us

cc:    Joshua Presley (via email)